AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>CODY DILLON CORDELL,<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  MJ-25- 465 - ALM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 6, 2025_____ in the county of _____Oklahoma_____ in the _____Western_____ District of _____Oklahoma_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) | Prohibited Person in Possession of a Firearm |

This criminal complaint is based on these facts:

See the Affidavit of FBI Special Agent Paige Lang, which is incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paige Lang, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8/7/25__

_____
*Judge's signature*

AMANDA L. MAXFIELD, U.S. Magistrate Judge
*Printed name and title*

City and state: _____Oklahoma City, Oklahoma_____

# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **STATE OF OKLAHOMA** | ) | |
| | ) | **SS** |
| **COUNTY OF OKLAHOMA** | ) | |

## AFFIDAVIT

I, Paige Lang, a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Oklahoma City Division, being duly sworn, state that the following to be true and correct:

1.     I am a Special Agent with the Federal Bureau of Investigation and have been since February of 2022. I have received formal training from the FBI as well as training through contact with experts from various law enforcement agencies regarding a wide range of criminal offenses which involve persons who are prohibited from having access to firearms due to prior felonious convictions.

2.     This Affidavit is submitted in support of a warrant for the arrest Cody Dillon Cordell for unlawful possession of a firearm in violation of Title 18, U.S.C., Sections 922(g)(1).  Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I

have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a criminal complaint and arrest warrant.

3. Based on public records searches, criminal history searches, physical surveillance, and other sources of information, CORDELL currently resides at 16476 East County Road 1550, Lindsay, Oklahoma 73052, with his significant other, Meghan Mitchell, and their three children. Public records searches additionally show that CORDELL and Mitchell previously resided at 15116 North County Road 3020, Lindsay, Oklahoma 73052.

4. On May 20, 2011, CORDELL pleaded guilty to a criminal misdemeanor domestic violence offense in Garvin County District Court and received a one-year suspended sentence (CF-2011-023).

5. On August 15, 2015, CORDELL was sentenced to 15 months in federal prison for a federal wire fraud conviction, a felony, in case number CR-15-28-1-RAW (E.D. Okla.).

6. On February 10, 2020, CORDELL was convicted in Garvin County District Court (CF-2019-099) of one count of child abuse by injury. CORDELL received a six-year deferred sentence.

7. On October 18, 2024, First National Bank of Lindsay (FNBL) was closed by the Office of the Comptroller of the Currency and the Federal Deposit Insurance Corporation was named the bank's Receiver. During this

investigation, CORDELL, who was a customer of FNBL, was identified as a person of interest.

8.    Investigators obtained CORDELL's financial records as part of the FNBL bank failure investigation. The financial records showed there were two separate gun purchases made at Murf's Guns in 2020, and at R & R Gun Sales in 2023.

9.    On February 25, 2025, a subpoena was issued to Murf's Guns for a gun purchase in 2020. Murf's Guns provided transaction details that showed Mitchell purchased a handgun on August 26, 2020, and listed her address at 15116 North County Road 3020, Lindsay, Oklahoma 73052.

10.    On February 25, 2025, a subpoena was issued to R & R Gun Sales for a gun purchase in 2023. R & R Gun Sales provided transaction details which showed Mitchell purchased a handgun on August 9, 2023. An ATF Firearms Transaction Records completed at the time of the handgun purchase listed Mitchell's address at 16476 East County Road 1550, Lindsay, Oklahoma 73052, which is CORDELL's residence.

11.    On Wednesday, August 6, 2025, law enforcement executed a federal search warrant at CORDELL's residence, 16476 East County Road 1550, Lindsay, Oklahoma 73052.

12.    During the execution of the search warrant, a Smith & Wesson firearm was found in the nightstand drawer, next to the bed in the master

bedroom. The nightstand where the firearm was located had items which appeared to belong to CORDELL. On the other side of the bed, there was a nightstand that maintained items that appeared to belong to Mitchell. On August 6, 2025, FBI spoke with an agent with Alcohol Tobacco and Firearms who verbally confirmed the Smith & Wesson firearm was not manufactured within the state of Oklahoma. Therefore, the Smith & Wesson revolver described above was shipped or transported in interstate or foreign commerce prior to August 6, 2025.

13. Also during the execution of the search warrant, a Glock 23 pistol was found in the top drawer of the dresser in the master bedroom. The dresser where the Glock 23 pistol was located appeared to belong to CORDELL because it contained male clothing. On August 6, 2025, FBI spoke with an agent with Alcohol Tobacco and Firearms who verbally confirmed the Glock 23 pistol was not manufactured within the state of Oklahoma. Therefore, the Glock 23 pistol described above was shipped or transported in interstate or foreign commerce prior to August 6, 2025.

Further Affiant sayeth not.

Paige Lang
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this the ___6^Th___ day of August, 2025, at Oklahoma City, Oklahoma.


AMANDA L. MAXFIELD
United States Magistrate Judge