# CRIMINAL COVERSHEET

## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ✓   USAO No.: _____   Case No.: _____

Charging Document: **Complaint**   No. of Defendants: __1__   Total No. of Counts: __1__   Sealed: Y ☐

Forfeiture: Y ☐   OCDETF: Y ☐   McGirt: Y ☐   Warrant ✓   Summons ☐   Notice ☐   N ✓
       N ✓       N ✓       N ✓   Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**                                        By: **MV**

| Name: **CODY DILLON CORDELL** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1987    SSN: XXX-XX-6154 | Race: White    Interpreter: Y ☐    N ✓ |
| Sex:  M ✓   F ☐    Juvenile: Y ☐   N ✓ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| ☐ Not in Custody   ✓ Detention Requested | Complaint:    Y ☐    N ✓ |
|---|---|
| ☐ Type of Bond: _____ | Magistrate Judge Case No.: MJ- |
| ✓ In Custody at: USMS Custody | |
| Inmate/Prisoner/Register No.: _____ | Previously Detained:    Y ☐    N ✓ |

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender   Name: _____ | AUSA: __Jackson Eldridge_____ |
|---|---|
| ☐ CJA Panel   Address: _____ | Agent /Agency: __FBI_____ |
| ☐ Retained   _____ | |
| Phone: _____ | Local Officer/Agency: _____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of a Firearm | NMT 15 years imprisonment; $250,000 fine, or both; NMT 3 years S/R; $100 S/A |

**Signature of AUSA:** s/Jackson Eldridge _____    **Date:** 08/07/2025 _____